UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES MARK HINKLEY,<br><br>           Plaintiff,<br><br>  vs.<br><br>HAROLD CLARKE, et al.,<br><br>           Defendants. | NO. CV-07-348-FVS<br><br>ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUEPRIS* AND DISMISSING ACTION |

By Order filed February 8, 2008, the court directed Mr. Hinkley to submit an appropriate *in forma pauperis* application, based on his release from incarceration.  Although granted the opportunity to do so, Plaintiff has not complied with the filing fee provisions of 28 U.S.C. § 1915(a), or paid the $350.00 filing fee.  Therefore, **IT IS ORDERED** Plaintiff's request for leave to proceed *in forma pauperis* is **DENIED** and this action is **DISMISSED without prejudice.**

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff and close the file.

**DATED** this       25th       day of February 2008.


                                          s/ Fred Van Sickle
                                            FRED VAN SICKLE
                                  UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION -- 1