AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

James Hinkley

v.

Clarke, et al

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-348-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff has not complied with the filing fee provisions of 28 U.S.C. §1915(a), or paid the filing fee of $350.00. Therefore, Plaintiff's request for leave to proceed in forma pauperis is DENIED and this action is DISMISSED Without Prejudice.

March 25, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson